**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KERRI KELLY** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-3418** |
| : | |
| **PHILADELPHIA HOUSING** : | |
| **DEVELOPMENT CORPORATION** : | |
| : | |

**ORDER**

This 11th day of August, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 11, is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Judge