# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2694

Kerri Kelly v. Philadelphia Housing Development Corp

(U.S. District Court No.: 2-21-cv-03418)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 06, 2023
JK/cc: Roderick L. Foxworth Jr., Esq.
William K. Kennedy II, Esq.
Jessica Rizzo, Esq.
Mr. George V. Wylesol,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate